# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

v.

Case No. 2:18mj38-1

Angelo Peter Efthimiatos

### ORDER OF APPOINTMENT

The Office of the Federal Public Defender is hereby appointed as attorney of record for the above-named defendant.

BY ORDER OF THE COURT.

Dated at Burlington in the District of Vermont, on this 10th day of April, 2018.

JEFFREY S. EATON, Clerk
By: /s/ Jeffrey J. Jarvis
Deputy Clerk