OFFICE OF THE FEDERAL PUBLIC DEFENDER
DISTRICT OF VERMONT

FEDERAL PUBLIC DEFENDER    126 COLLEGE STREET    ASSISTANT FEDERAL DEFENDERS
MICHAEL L. DESAUTELS    SUITE 410    STEVEN L. BARTH
    BURLINGTON, VERMONT 05401    BARCLAY T. JOHNSON
    TEL: 802.862.6990    DAVID L. MCCOLGIN
    FAX: 802.862.7836    ELIZABETH K. QUINN
    https://vt.fd.org

April 13, 2018

Clerk
United States District Court
11 Elmwood Avenue, Room 506
Burlington, Vermont 05401

Attn: Jeff Jarvis, Deputy Clerk

    Re: <u>U.S. v. Angelo Efthimiatos, Docket No. 2:18-mj-00038</u>

Dear Mr. Jarvis,

    Please allow this letter to serve as notification that our client, Angelo Efthimiatos, wishes to waive his right to the preliminary hearing that is currently scheduled for Friday, April 20, at 10:00 am in Burlington, Vermont, before Magistrate Judge John M. Conroy.

                Sincerely,

                Michael L. Desautels
                Federal Public Defender

MLD/sb